RECEIVED BY MAIL
DEC 14 2020
Clerk, U.S. District Court
Fergus Falls, Minnesota

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ronald T. Seaworth )
 )
    Plaintiff, )    Case No. 20-CV-2560 WMW/ECW
 )
Vs. )
 )
Klst, Inc., Kedrick Johnson, )    Jury Trial: Yes ___  No ✗
Scott Johnson, Todd Johnson, )
    in professional capacity and )
    in personal capacity, and )
Danyell Wendland, Operations Manager, )
Ross Ristinen, Estimator, and )
Amy Klemz, HR Generalist, )
    all in professional capacity and )
    in personal capacity, )
 )
    Defendants. )

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to this Complaint**

    A.    The Plaintiff

        Ronald T. Seaworth
        14450 Rhinestone St. NW #216
        Ramsey, Anoka county
        Minnesota, 55303
        218-779-6481
        **rseaworth@yahoo.com**

    B.    The Defendants

        Klst Inc. - Abra Autobody and Glass
        19230 Evans St. NW, Suite 109
        Elk River, Sherburne county
        Minnesota, 55330
        763-247-7407

SCANNED
DEC 17 2020
U.S. DISTRICT COURT FF

Kedrick Johnson
CEO
19230 Evans St. NW, Suite 109
Elk River, Sherburne county
Minnesota, 55330
763-247-7407

Scott Johnson
Manager
19230 Evans St. NW, Suite 109
Elk River, Sherburne county
Minnesota, 55330
763-247-7407

Todd Johnson
Manager
19230 Evans St. NW, Suite 109
Elk River, Sherburne county
Minnesota, 55330
763-247-7407

Danyell Wendland
Operations Manager
11175 183rd Cir NW
Elk River, Sherburne county
Minnesota, 55330
763-241-9500
dwendland@abraauto.com

Ross Ristinen
Estimator
11175 183rd Cir NW
Elk River, Sherburne county
Minnesota, 55330
763-241-9500

Amy Klemz
HR Gneralist
19230 Evans St. NW, Suite 109
Elk River, Sherburne county
Minnesota, 55330
763-247-7407
**aklemz@abraauto.com**

II.  **Jurisdiction**

1. 28 USC section 1331 - the general Federal question;
2. 42 USC section 12203 - Prohibition against retaliation and coercion;
3. 18 USC section 3571 - Stating fines when crime of embezzlement is perpetrated by a corporation; and
4. The Fair Wage act.

III.  **Statement of Claim**

The Defendants engaged in 18 counts of wage theft/embezzlement totaling $819.49 and 1 count of retaliation for reporting to the employer their crime of wage theft.

Defendant Kedrick Johnson participated by giving his approval on approximately January 2020 through March 2020 for Abra Autobody and Glass to engage in wage theft. Defendant Johnson also gave his approval on approximately the dates of March 23rd to March 27th, 2020, for Abra Autobody and Glass to engage in retaliation (ie: firing Plaintiff) when Plaintiff brought up wage theft.

Defendant Scott Johnson participated by giving his approval on approximately January 2020 through March 2020 for Abra Autobody and Glass to engage in wage theft. Defendant Johnson also gave his approval on approximately the dates of March 23rd to March 27th, 2020, for Abra Autobody and Glass to engage in retaliation (ie: firing Plaintiff) when Plaintiff brought up wage theft.

Defendant Todd Johnson participated by giving his approval on approximately January 2020 through March 2020 for Abra Autobody and Glass to engage in wage theft. Defendant Johnson also gave his approval on approximately the dates of March 23rd to March 27th, 2020, for Abra Autobody and Glass to engage in retaliation (ie: firing Plaintiff) when Plaintiff brought up wage theft.

Defendant Danyell Wendland participated by giving her approval on approximately January 2020 through March 2020 for Abra Autobody and Glass to engage in wage theft. Defendant Wendland also participated in retaliation on March 31st, 2020 by firing Plaintiff when Plaintiff brought up wage theft. Defendant Wendland also participated in perjury by producing false documents to Minnesota Unemployment court in June 2020.

Defendant Ross Ristinen participated by setting up the incident in February 2020 of the improper repair procedure on a Ford pick up bedside that he knew he was not supposed to write to repair, but knew it was supposed to be replaced, thereby assisting Abra Autobody and Glass in setting up Plaintiff for another episode of wage theft, which thereby led into a retaliatory firing.

Defendant Amy Klemz participated by producing false documents for Minnesota Unemployment court and assisting Abra in wage theft starting in approximately January 2020 to Plaintiff's final paycheck, and retaliatory firing on approximately March 31st, 2020, for bringing up the wage theft.

The laws all Defendants violated:

1. Minnesota statute 609.52 (13)(i)(iii);
2. Minnesota statute 181.932 subdivision 1; and
3. Federal wage laws.

IV.   **REQUEST FOR RELIEF**

1. That Klst, Inc. and all Defendants pay to Plaintiff treble the amount they stole through wage theft, the sum being $2,458.44;

2. That Klst, Inc. and all Defendants pay to Plaintiff treble compensatory damages of $66,660.00 (this is figured at 33 weeks times my proven average) in lost wages as of this date, Dec. 1st, 2020, due to wage theft, which would be a total of $199,980.00;

3. That Klst, Inc. and all Defendants pay to Plaintiff exemplary (punitive) damages due to the Defendants' unconscionable acts of wage theft and retaliation during the world's worst pandemic, in the amount of $75,000.00. Plaintiff moves this honorable court for treble punitive damages which would total $225,000.00;

4. That Klst, Inc. and all Defendants pay back all unemployment insurance payments given to Plaintiff, which is approximately $24, 000.00;

5. That Defendants Kedrick, Scott and Todd Johnson in their personal capacity, each pay to Plaintiff $50,000.00 in exemplary damages for their part in the wage theft;

6. That Defendant Wendland, in her professional capacity, pay to Plainiff treble damages of $3,000.00 for each repair order she committed wage theft on. Defendant Wendland stole from 18 repair orders time $3,000.00 to equal $54,000.00;

7. That Defendant Wendland, in her personal capacity, pay to Plaintiff treble damages of $3,000.00 for 1 crime of retaliation, which would equal $9,000.00;

8. That Defendant Wendland, in her professional capacity, pay to Plaintiff exemplary damages of $150,000.00 to teach her not to steal from her employees;

9. That Defendant Wendland, in her personal capacity, pay to Plaintiff $54,000.00 for each count of wage theft;

10. If Abra Autobody & Glass, Klst, Inc. decides to place all blame on Defendant Danyell Wendland, then Plaintiff moves this Honorable court to order Defendant Wendland pay the total amount of everything requested in Relief;

11. That this Honorable court recommend to the Federal and state Prosecutor for this district that Klst, Inc. and all Defendants be criminally prosecuted to the fullest extent of the law; and

12. That this Honorable court grant such other and further relief as may be proper.

Date:

*/s/ Rudd T Seurith*

14450 Rhinestone St. NW #216
Ramsey, MN 55303
(218) 779-6481